Hyland v. State ................ 02A05–
                                1605–CR–
                                1166        04/04/2017   MAY, J.        Affirmed
                                                         NAJAM, J.      Concurs
                                                         BAILEY, J.     Concurs
Perez–Mendoza v. State ........ 32A01–
                                1609–CR–
                                2128        04/04/2017   RILEY, J.      Affirmed in
                                                                        part,
                                                                        Reversed in
                                                                        part, and
                                                                        Remanded
                                                                        with
                                                                        instructions
                                                         CRONE, J.      Concurs
                                                         ALTICE, J.     Concurs
Holstead v. State ............... 71A03–
                                1608–CR–
                                1820        04/04/2017   MAY, J.        Affirmed
                                                         NAJAM, J.      Concurs
                                                         BAILEY, J.     Concurs
Riddle v. State ................ 27A02–
                                1606–CR–
                                1491        04/04/2017   RILEY, J.      Affirmed
                                                         CRONE, J.      Concurs
                                                         ALTICE, J.     Concurs
McNabb v. State ............... 73A01–
                                1609–CR–
                                2249        04/04/2017   RILEY, J.      Affirmed
                                                         NAJAM, J.      Concurs
                                                         BARNES, J.     Concurs
Ford v. Indiana Heart Hospital ... 49A04–
                                1606–CT–
                                1334        04/05/2017   MATHIAS, J.    Reversed
                                                         PYLE, J.       Concurs
                                                         BAKER, J.      Dissents with
                                                                        separate
                                                                        opinion